ML:AXB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

MITCHELL LOOR,
    also known as "Storm,"

                  Defendant.

------------------------------X

REMOVAL TO THE
MIDDLE DISTRICT OF FLORIDA

(Fed R. Crim. P. 5)

No. 19-MJ-769

EASTERN DISTRICT OF NEW YORK, SS:

        DIONYEUS BRITT, being duly sworn, deposes and states that he is a Deputy United States Marshal with the United States Marshals Service for the Eastern District of New York ("USMS"), duly appointed according to law and acting as such.

        On or about November 16, 2017, an arrest warrant was issued by the United States District Court for the Middle District of Florida, commanding the arrest of the defendant MITCHELL LOOR, also known as "Storm," for conspiracy to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

        The source of your deponent's information and the grounds for his belief are as follows:

        1.    On or about November 16, 2017, an arrest warrant was issued by the United States District Court for the Middle District of Florida, commanding the arrest of the defendant MITCHELL LOOR, also known as "Storm," for conspiracy to distribute

methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846. A true and correct copy of the arrest warrant is attached hereto as Exhibit A.

2. On or about August 20, 2019, USMS deputies received information that LOOR had utilized the mobile food ordering and delivery service Grubhub to have food deliveries made to an address in the Eastern District of New York. In response to a government subpoena, Grubhub provided historical records indicating that LOOR had identified 39-50 60th Street, Apartment A128 in Queens, New York (the "Subject Premises"), as a delivery address for food deliveries over the preceding three months.

3. On or about August 26, 2019, USMS deputies conducted physical surveillance at the Subject Premises. A co-tenant of LOOR provided the co-tenant's house key to USMS deputies, who then made entry to the Subject Premises. Upon entry, the deputies encountered LOOR.

4. At the time of this encounter, USMS deputies compared the appearance of LOOR, including numerous distinctive tattoos, to known photographs of the individual wanted by the Middle District of Florida and confirmed that the defendant MITCHELL LOOR, also known as "Storm," is the same individual. At the time of this encounter, LOOR also stated, in substance and in part, that he (LOOR) is the same individual who is wanted in the Middle District of Florida, that he had fled from prosecution in the Middle District of Florida and that, as recently as August 24, 2019, he had attempted to obtain a lawyer to negotiate his surrender to law enforcement.

WHEREFORE, your deponent respectfully requests that the defendant MITCHELL LOOR, also known as "Storm," be removed to the Middle District of Florida so that he may be dealt with according to law.

              DIONYEUS BRITT
              Deputy United States Marshal

Sworn to before me this
26th day of August, 2019

       /s/ JO
_____
THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

**EXHIBIT A**

AO 442 (Rev. 11/9/17) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHAL
M/FL JACKSONVILLE
2017 NOV 16 PM 12:05

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17-cr-225-J-25MCR |
| | ) | |
| MITCHELL LOOR | ) | |
| a/k/a "Storm" | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*, MITCHELL LOOR, a/k/a "Storm",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute methamphetamine, a Schedule II controlled substance, the amount being 500 grams or more, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846.

Date: 11/16/2017

*Issuing officer's signature*

City and state: Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| at *(city and state)* _____ . | |
| Date: _____ | |
| | *Arresting officer's signature* |
| | *Printed name and title* |